## OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
### DISTRICT OF DELAWARE

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 13, 2006

Frederick L. Cottrell, III, Esq.
Richards Layton & Finger
One Rodney Square
920 North King Street
Wilmington, DE 19801

Re: Frank Manchak v. Sevenson, C.A. No. 95-709

Dear Mr. Cottrell,

I am returning to you defendant Sevenson's Markman Hearing exhibits from January 1997 and Jury Trial exhibits from June 1997 consisting of 1 box of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 13, 2006.

_____
Signature

/ntl