**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

PETER T. DALLEO
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

February 13, 2006

Edward M. McNally, Esq.
Morris James Hitchens & Williams LLP
222 Delaware Avenue, 10th Floor
P.O. Box 2306
Wilmington, DE 19899

Re: Frank Manchak v. Sevenson, C.A. No. 95-709

Dear Mr. McNally,

    I am returning to you plaintiff Frank Manchak's Markman Hearing exhibits from January 1997 and Jury Trial exhibits from June 1997 consisting of 4 boxes of materials. Please acknowledge receipt of said exhibits on the copy of this letter.

Sincerely,

**Peter T. Dalleo**
Clerk of the Court

I hereby acknowledge receipt of the above exhibits on February 13, 2006.

_____
Signature

/ntl