IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| FRANK MANCHAK, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civ. No. 95-709-SLR ) |
| CHEMICAL WASTE MANAGEMENT, INC., ET AL. | ) ) ) |
| Defendant. | ) ) |

## ORDER

At Wilmington this ___ day of April, 2007, the Clerk of Court having shipped this civil action to the National Archives and Records Administration (NARA) in accordance with the procedures of this Court;

IT IS ORDERED that the Clerk of Court shall expunge the sealed court exhibit in this case (D.I. 426).

_____
United States District Judge